AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

RALPH MENOTTI

V.

THE METROPOLITAN LIFE INSURANCE COMPANY

CASE NUMBER: 08CV2767

ASSIGNED JUDGE: JUDGE COAR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

THE METROPOLITAN LIFE INSURANCE COMPANY
LEGAL DEPARTMENT
501 BOYLSTON STREET
BOSTON, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MR. EUGENE K. HOLLANDER
THE LAW OFFICES OF EUGENE K. HOLLANDER
33 N. DEARBORN ST.
SUITE 2300
CHICAGO, IL 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 21, 2008   12:05PM |
| NAME OF SERVER (PRINT) Michael B. Fixman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served in hand to Deborah Everett, Legal Assistant and agent authorized to accept service on behalf of The Metropolitan Life Insurance Company.
Served at 501 Boylston St, Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 21, 2008          _____
                  Date                 Signature of Server

72 Hancock St., Everett, MA 02149
617-387-1100
Address of Server

ALBERT F. PALLADINO, Notary Public
My Commission Expires June 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.