IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RALPH MENOTTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2767 |
| v. | ) | |
| | ) | Judge Coar |
| THE METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Unopposed Motion for Additional Time in which to Answer or Otherwise Plead to the Complaint, and in support hereof, states as follows:

1. The Complaint in this matter was filed in the United States District Court for the Northern District of Illinois on May 13, 2008. In the Complaint, the plaintiff, Ralph Menotti ("Menotti"), seeks to recover disability benefits pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA").

2. The Complaint was served on MetLife on May 21, 2008. MetLife, therefore, is required to answer or otherwise plead to the Complaint by June 10, 2008.

3. Counsel for MetLife requests additional time in which to review the documents necessary to respond to the allegations of the Complaint and to evaluate the legal and factual bases for Menotti's assertion of a claim under ERISA.

4. MetLife respectfully requests an additional thirty days, or until July 10, 2008, in

2

which to answer or otherwise plead to the Complaint.

     5.    This Unopposed Motion has been filed for the above stated legitimate reasons and not for purposes of delay.  Neither party will be prejudiced by the granting of this Motion. Counsel for Menotti has informed counsel for MetLife that he does not object to this Unopposed Motion.

     WHEREFORE, for all the foregoing reasons, defendant, METROPOLITAN LIFE INSURANCE COMPANY, respectfully requests that the court enter an order granting this Motion for Additional Time in which to Answer or Otherwise Plead to the Complaint.

     Respectfully submitted,

Michael J. Smith  
Warren von Schleicher          By: __/s/ Warren von Schleicher_____  
Smith, von Schleicher & Associates    Attorney for Defendant,  
39 S. LaSalle St., Suite 1005          Metropolitan Life Insurance Company  
Chicago, Illinois  60603  
(312) 541-0300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of record:

Eugene K. Hollander
ehollander@ekhlaw.com

Paul W. Ryan
pryan@ekhlaw.com

                Respectfully submitted,

                /s/Warren von Schleicher

                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                E-Mail:  warren.vonschleicher@svs-law.com
                Illinois ARDC# 6197189