IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RALPH MENOTTI, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 08 C 2767 |
| v. | ) | |
| | ) | Judge Coar |
| THE METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF UNOPPOSED MOTION

To:   Mr. Eugene K. Hollander
      Mr. Paul W. Ryan
      The Law Offices of Eugene K. Hollander
      33 N. Dearborn St., Suite 2300
      Chicago, Illinois  60602

PLEASE TAKE NOTICE that on the 16th day of June, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or whomever may be sitting in his stead, in Room 1419 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **UNOPPOSED MOTION FOR ADDITIONAL TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** at which time and place you may appear if you see fit.

                              Respectfully submitted,

                              By:  /s/ Warren von Schleicher
                                    Attorney for Defendant, Metropolitan Life
                                    Insurance Company

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of record:

Eugene K. Hollander
ehollander@ekhlaw.com

Paul W. Ryan
pryan@ekhlaw.com

                                Respectfully submitted,

                                /s/Warren von Schleicher

                                Smith, von Schleicher & Associates
                                39 S. LaSalle St., Suite 1005
                                Chicago, Illinois  60603
                                (312) 541-0300
                                (312) 541-0933 Facsimile
                                E-Mail:  warren.vonschleicher@svs-law.com
                                Illinois ARDC# 6197189