**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ralph Menotti
                           Plaintiff,

v.                                                  Case No.: 1:08−cv−02767
                                                        Honorable David H. Coar

Metropolitan Life Insurance Company
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION by Defendant Metropolitan Life Insurance Company for extension of time to Answer or Otherwise Plead to the Complaint [10] is granted. Defendant to answer or plead on or before 7/14/2008. Parties need not appear on the noticed motion date of 6/16/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.